EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:* | 2022 TSPR 66 |
| Ramón Colón Olivo | 209 DPR _____ |

Número del Caso:  TS-9,069


Fecha:  23 de mayo de 2022


Abogado de la parte peticionaria:

     Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Ramón Colón Olivo                    TS-9,069

RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de mayo de 2022.

Examinada la *Moción urgente solicitando reinstalación al ejercicio de la abogacía*, así como la *Moción informativa*, que presentó el Sr. Ramón Colón Olivo, se provee ha lugar a la reinstalación al ejercicio de la abogacía.

Se le concede a la Oficina de Inspección de Notarías un término de 20 días, contado a partir de la notificación de esta Resolución, para que se exprese en torno a la reinstalación del Lcdo. Colón Olivo al ejercicio de la notaría.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Rivera García no intervino.


                    Javier O. Sepúlveda Rodríguez
                    Secretario del Tribunal Supremo